# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>EVERETT CHAD NELSON<br><br>*Defendant(s)* | Case No. 1:24-MJ-434 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 28, 2024__ in the city/county of __Sterling__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(4) | The defendant did commit assault by beating, striking, and wounding |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

April Russo AUSA
*Printed name and title*

*Complainant's signature*

T. Michael Class Jr., Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: October 29, 2024

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*