JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                  U.S. District Court

**Place of Offense:**         Under Seal: Yes ___ No _X_      Judge Assigned: _____

City    Sterling      Superseding Indictment _____    Criminal Number: _____

County/Parish _____    Same Defendant _____    New Defendant _X_

Magistrate Judge Case Number   1:24-MJ-434    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

**Juvenile --** Yes ___ No ___    **FBI #:** _____

**Defendant Name:** Everett Chad Nelson    **Alias Name(s)** _____

**Address:** _____

**Employment:** _____

**Birth date** xx/xx/1980   **SS#** _____   **Sex** M **Def Race** _____   **Nationality** _____   **Place of Birth** _____

**Height** _____ **Weight** _____ **Hair** _____ **Eyes** _____ **Scars/Tattoos** _____

**Interpreter:** ___ No ___ Yes   **List language and/or dialect** _____   **Automobile Description** _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

AUSA   April Russo    Telephone No: 703-299-3919    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

T. Michael Class, Jr., Special Agent, FBI

**U.S.C. Citations:**

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 113(a)(4) | Committing assault by beating, striking, and wounding. | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 10/29/2024      **Signature of SAUSA:** *April Russo*