**Date:** 10/28/2024                                **Time:** 2:08p – 3:06p

**Judge:** William B. Porter                        **Case #:** 1:24-mj-434
**Tape:** FTR/400                                   **Court Reporter:** N/A
**Hearing:** ☒Initial Appearance/ ☐Detention Hearing/ ☐Preliminary Hearing/ ☐Status Conf.

**Eastern District of Virginia**
**United States of America**
v.
Everett Chad Nelson

**Participants**
USA: April Russo

Defense Counsel: Brittany Davidson
Court to appoint counsel: ☒AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

Interpreter:                                        Language:

**Advisement**
☒Rule 5                    ☒Due Process Protections Act

**Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)
☐Deft denies PC as to the violation(s)       ☐Deft does not contest PC as to the violation(s)
☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**
☐DH waived / ☐DH held   ☐PH waived / ☐PH held   ☐Def submits on probable cause
☐Govt adduced evidence and rests  ☐Court finds probable cause

**Detention**
☒Govt seeking detention / ☐not seeking detention
☐Def counsel seeking release / ☐not seeking release at this time
☐Def counsel not contesting release at this time           ☒Deft remanded

**Bond Status**
☐Deft released on PR bond: ☐with conditions      ☐Deft continued on PR bond
☐Deft continued on same conditions previously imposed: Probation / Supervised Release

**Future proceedings**
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: Detention Hearing – 10/30/24 – 2p - WBP